**94–617.** State ex rel. Greenwood Chevrolet, Inc. v. Franklin Cty. Court of Common Pleas. *Franklin County,* No. 93APD12–1654. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2539.** Morgan v. Mengel. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2555.** State v. Carpenter. *Franklin County,* No. 88AP–1181. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2562.** State ex rel. Cully v. Sweeney. In Mandamus. On motion to dismiss or alternative motion for summary judgment. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2580.** State ex rel. Hall v. Curran. In Mandamus. On motion to dismiss by Judge Curran and on motion to dismiss of Gerald Fuerst and Deputy Clerk. Motions to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2595.** State ex rel. Fowler v. Stark Cty. Court of Common Pleas. In Mandamus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK and PFEIFER, JJ., concur.
WRIGHT, F.E. SWEENEY and COOK, JJ., dissent and would grant an alternative writ.

**94–2621.** State ex rel. Madison v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2635.** State ex rel. Turner v. Ghee. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2640.** Comen v. Durfey. In Mandamus. On motion to dismiss or alternative motion for summary judgment. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2642.** State ex rel. Mebane v. Ghee. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2644.** State ex rel. Starr v. Eighth Dist. Court of Appeals. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.
PFEIFER, J., dissents.

**94–2670.** State ex rel. McFarland v. Ghee. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2676.** Brenneman v. Curran. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2691.** State ex rel. Bloomfield v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.